# Third District Court of Appeal
## State of Florida

Opinion filed February 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-575
Lower Tribunal No. 17-23056
_____

**Internet Escrow Services, Inc., etc.,**
Appellant,

vs.

**Kenneth Hendel,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

EBI Law, PLLC, and B. Elizabeth Interthal (Tampa); Garbett, Allen & Roza, P.A., and David S. Garbett, for appellant.

Stok Kon + Braverman, and Robert A. Stok, Gabriel G. Mandler and Yosef Kudan (Fort Lauderdale), for appellee.

Before FERNANDEZ, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Briceno v. Sprint Spectrum, L.P.</u>, 911 So. 2d 176, 179 (Fla. 3d DCA 2005) (recognizing that Florida courts will generally enforce choice of law provisions contained in an agreement); <u>City of Bell v. Superior Court</u>, 163 Cal. Rptr. 3d 90, 100-01 (Cal. Ct. App. 2013) (applying California law which holds that for a contract's indemnification clause to apply to first party claims between the indemnitee and the indemnitor, "the [clause's] language on the point must be particularly clear and explicit and will be construed strictly against the indemnitee").